IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTRAL GARDEN & PET COMPANY,

    Plaintiff,

v.

WORLD MARKETING GROUP INC.,

    Defendant.
_____/

No. C 06-02918 WHA

**ORDER TO SHOW CAUSE**

    Plaintiff in the above-entitled matter having failed to appear at the case management conference on August 17, 2006, in compliance with the Court's orders,

    THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    If plaintiff fails to file a written response to this order to show cause by August 24, 2006, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 17, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE